UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STRIKE 3 HOLDINGS, LLC,

      Plaintiff,

Case No. 21-cv-10055
Hon. Matthew F. Leitman

v.

JOHN DOE subscriber assigned
IP Address 76.192.56.30,

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

      s/Matthew F. Leitman
      MATTHEW F. LEITMAN
      UNITED STATES DISTRICT JUDGE

Dated: December 21, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 21, 2021, by electronic means and/or ordinary mail.

      s/Holly A. Ryan
      Case Manager
      (810) 341-9764